UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In re:                                          Case No. 04-336688-dof

AMY E. KOWALL,                                  Hon. Daniel S. Opperman

        Debtor.                                 Chapter 13

AMY E. KOWALL,
                                                Adversary Proceeding
        Plaintiff,                              No. 10-03221-dof

v

GMAC MORTGAGE, LLC,

        Defendant.

Andrew L. Campbell (P64391)                     Deanna Swisher (P38341)
Attorney for Plaintiff                          Foster, Swift, Collins & Smith, P.C.
653 S. Saginaw Street, Suite 201                Attorneys for Defendant GMAC Mortgage
Flint, MI 48502                                 313 S. Washington Square
810-232-4344                                    Lansing, MI 48933
Hundy24@yahoo.com                               517-371-8136
                                                dswisher@fosterswift.com

— FOSTER SWIFT COLLINS & SMITH PC || ATTORNEYS —

## <u>ORDER</u>

Consistent with the Opinion Granting in Part and Denying in Part Defendant's Motion for

Summary Judgment, and upon the reasons stated therein, now therefore,

IT IS HEREBY ORDERED that:

A.      Count I of the Amended Complaint is DISMISSED;

B.      Count II of the Amended Complaint is DISMISSED, subject to Plaintiff being

allowed to file a second amended complaint, to remedy the factual deficiencies with regard to the

claim pled in Count II, within 14 days;

C.    Defendant's Motion to Dismiss Count III is DENIED, and Defendant shall file further responsive pleadings with regard to Count III within 21 days.

.

**Signed on April 19, 2011**

    /s/ Daniel S. Opperman
    Daniel S. Opperman
    United States Bankruptcy Judge

FOSTER SWIFT COLLINS & SMITH PC || ATTORNEYS

19840:00145:1093135-1